UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT L. ADKINS                                                           PLAINTIFF

V.                                    4:18CV00716 JM/JTR

MIKE MAY, Administrator,
Yell County Detention Center;
DARRELL ELKIN, Doctor,
Danville Correctional; and
BILL GILKEY, Sheriff                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 3rd day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE